Carl MORRIS, Appellant,

v.

The STATE of Texas, Appellee.

No. 28028.

Court of Criminal Appeals of Texas.

Dec. 7, 1955.

No appearance for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The offense is murder; the punishment, 10 years.

Accompanying the record is an affidavit in proper form executed by the appellant requesting the dismissal of the appeal.

The request is granted, and the appeal is dismissed.

No appearance for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The offense is transportation of intoxicating liquor in a dry area; the punishment, $400 fine.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular and nothing is presented for review. The judgment is affirmed.